Edward T. Mullen, Respondent, *v.* B. J. Fayette, Doing Business under the Name of Vermont Fruit and Grocery Company, et al., Appellants.

Argued October 18, 1949; decided November 17, 1949.

502

*J. Stanley Carter* for appellants.

*James A. Leary, Walter A. Fullerton* and *Michael E. Sweeney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.